# LAW OFFICES OF HARRY M. RIFKIN, LLC

300 REISTERSTOWN ROAD

SUITE 105

BALTIMORE, MARYLAND 21208

www.rifkinlaw.net

hrifkin@rifkinlaw.net

Telephone (410) 779-9199                                            Facsimile (410) 710-6947

May 9, 2012

**VIA ELECTRONIC DELIVERY**

The Honorable William M. Nickerson
United States Senior District Judge
United States District Court for
The District of Maryland
Northern Division
Garmatz Federal Courthouse
101 W. Lombard Street
Chambers 3C
Baltimore, Maryland 21201

     **RE:**   *WW, LLC, et al. v. The Coffee Beanery, Ltd., et al., Civil No. 05-3360 WMN*

Dear Judge Nickerson:

     I am in receipt of Your Honor's letter order of this date. I just need to clarify that this means we do not have to make the Rule 26(e)(2) disclosure on Friday as previously scheduled. I do not want to miss this deadline. Please clarify.

               Respectfully yours,

               *Harry M. Rifkin*

               Harry M. Rifkin

cc:    Stephen Brennan, Esquire
       William Killion, Esquire
       Deborah Williams
       Richard Welshans