# ILIFF, MEREDITH, WILDBERGER & BRENNAN, P.C.
### ATTORNEYS AT LAW
### PATRIOTS PLAZA, SUITES 201-203
### 8055 RITCHIE HIGHWAY
### PASADENA, MARYLAND 21122

### TELEPHONE 410-685-1166
### FACSIMILE 410-685-1233

**Stephan Y. Brennan**                                                                                        **Of Counsel**

                                                                                                    Charles E. Iliff, Jr.

June 13, 2012

**VIA ELECTRONIC DELIVERY**

Honorable William M. Nickerson
Senior United States District Judge
Garmatz Federal Courthouse
Chambers 3C
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    *WW LLC, et al. v. The Coffee Beanery, Ltd., et al.*
              U.S. District Court for the District of Maryland
              Civil Action No. 05-cv-03360-WMN

Dear Judge Nickerson:

      As you know, I am one of the attorneys for the Defendants in this matter. On June 12, 2012, the Plaintiffs, through one of their attorneys, Harry M. Rifkin, Esquire, filed a Renewed Motion for Sanctions Against Defendants and their Counsel For Failure to Withdraw Motion to Dismiss Individual Defendants for Lack of Personal Jurisdiction. (ECF No. 113). Pursuant to Local Rule 105.8(b), parties are permitted but are not required to respond to motions for sanctions unless the Court orders, or requests, a response, and the Court shall not grant a motion for sanctions without requesting a response.

      The Defendants are prepared to respond in a substantive manner in opposition to the Plaintiffs' motion, if you wish to receive a response. However, Local Rule 105.8(b) is intended to allow the Court, rather than the party against whom a motion for sanctions is filed, to make the determination as to whether a response would be of benefit to the Court in ruling upon the motion. As a result, the Defendants do not intend to utilize the permissive aspect of Local Rule 105(8) to file a Response without a request or order from the Court.

Honorable William M. Nickerson  June 13, 2012
Page 2

                                          Very truly yours,

                                          /s/ Stephan Y. Brennan
                                        Federal Bar No. 23597

SYB:sb

cc.     Counsel of Record (via electronic delivery)